**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-7109**

———————

JOHN FELIX GREER,

     Petitioner - Appellant,

   v.

BART MASTERS, Warden,

     Respondent - Appellee.

———————

Appeal from the United States District Court for the Southern District of West Virginia, at Bluefield. David A. Faber, Senior District Judge. (1:15-cv-11735)

———————

Submitted: February 1, 2017   Decided: February 8, 2017

———————

Before WILKINSON, KEENAN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Felix Greer, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Felix Greer, a federal prisoner, appeals the district court's order denying his Fed. R. Civ. P. 59(e) motion to alter or amend its judgment accepting the recommendation of the magistrate judge to dismiss his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. Greer v. Masters, No. 1:15-cv-11735 (S.D. W. Va. Aug. 1, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED